No. 91–8687. DOE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–8688. ESCANDON *v.* BUNNELL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 91–8689. ROTHSCHILD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–8690. LORD *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 91–8691. CISNEROS-CALDERON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–8692. CONROD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–8693. WHITE *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 91–8694. CLEMENTS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–8695. MCCLOSKEY *v.* RYAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–8696. VASSELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–8697. LOVELACE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–8698. OATESS *v.* CLEARFIELD COUNTY BAR ASSN. ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–8699. CLAUSEN *v.* ANNICH ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–8700. VILLAREAL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–8701. BAKER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–8702. WRIGHT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.